UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JEROME CONERLY,<br><br>        Petitioner,<br><br>    v.<br><br>GAIL LEWIS, Warden,<br><br>        Respondent. | 1:02-cv-05462-0WW-TAG HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OBJECTIONS<br>(Doc. 29) |

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On August 15, 2006, the Court issued a Report and Recommendation recommending that the instant petition be denied on the merits. (Doc. 28). The Report and Recommendation was served on all parties and gave the parties thirty days from the date of service within which to file objections. (Id.).

        On September 13, 2006, Petitioner filed a motion to enlarge the time within which he could file objections to the Magistrate Judge's Report and Recommendation. (Doc. 29). As grounds therefore, Petitioner asserts that the inmate who is assisting him in this matter will not be able to help Petitioner prepare his objections within the thirty-day period originally provided by the Court.

        Accordingly, GOOD CAUSE appearing therefore, the Court HEREBY ORDERS the Petitioner's Request for Enlargement of Time (Doc. 29), is GRANTED. Petitioner has thirty (30)

///

///

///

1  days from the date of service of this order to file his objections to the Magistrate Judge's Report and
2  Recommendation.

4  IT IS SO ORDERED.

5  Dated:   **September 29, 2006**                                  **/s/ Theresa A. Goldner**
   **j6eb3d**                                                    UNITED STATES MAGISTRATE JUDGE