# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JEROME CONERLY, ) | 1:02-cv-05462-0WW-TAG HC |
| Petitioner, ) | ORDER GRANTING PETITIONER'S |
| ) | MOTION FOR EXTENSION OF TIME IN |
| v. ) | WHICH TO FILE OBJECTIONS |
| GAIL LEWIS, Warden, ) | (Doc. 31) |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 15, 2006, the court issued a Report and Recommendation recommending that the instant petition be denied on the merits. (Doc. 28). The Report and Recommendation was served on all parties and gave the parties 30 days from the date of service within which to file objections. (Id.).

On September 13, 2006, petitioner filed a motion to enlarge the time within which he could file objections to the Report and Recommendation. (Doc. 29). On September 29, 2006, the court granted petitioner's motion, extending the time until November 3, 2006. (Doc. 30). On October 27, 2006, petitioner filed the instant second request for extension of time, contending that the individual who is assisting him with his objections has been busy and additional time is required to prepare the objections. (Doc. 31).

///

///

1  Accordingly, GOOD CAUSE appearing therefore, the court HEREBY ORDERS the
2 petitioner's Request for Enlargement of Time (Doc. 31), is GRANTED.  Petitioner has fifteen (15)
3 days from the date of service of this order to file his objections to the Report and Recommendation.
4 (Doc. 28).  No further extensions of time will be granted for filing objections absent a showing of
5 extraordinary circumstances.

7 IT IS SO ORDERED.
8 Dated:   **November 7, 2006**                             /s/ Theresa A. Goldner
   **j6eb3d**                                              UNITED STATES MAGISTRATE JUDGE