UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TERRY JEROME CONERLY,

vs.

GAIL LEWIS, Warden,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-02-5462 OWW/ TAG HC

[FILED JAN 23 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK]

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

_____

__X__   Denied for the following reason:

PETITION RAISES PRIMARILY ISSUES OF STATE LAW WHICH DID NOT RISE TO LEVEL OF FEDERAL CONSTITUTIONAL ERROR. WELL REASONED STATE APPEALS COURT DECISION ACCURATELY DECIDED UNDERLYING STATE LAW ISSUES.

Dated: 1-19-07

OLIVER W. WANGER
United States District Judge